UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

ARMAMENT SYSTEMS & PROCEDURES, INC.,

       Plaintiff,

v.                                                               Case No. 06-C-834

IQ HONG KONG, LTD.,

       Defendant.

**ORDER**

More than 120 days have passed since the filing date of the complaint in this action. The plaintiff has not effected service on the defendant and the defendant has not waived service. On February 7, 2007, the court mailed a notice to the plaintiff advising that this case would be dismissed in 21 days for failure to effect timely service pursuant to Civil L.R. 41.1, which provides that:

> When the plaintiff has not effected service of process within the time required by Fed.R.Civ.P. 4(m), and the defendant has not waived service under Rule 4(d), then on 20 days' notice to the attorney of record for the plaintiff, or the plaintiff if pro se, an order will be entered dismissing the action without prejudice.

**NOW THEREFORE IT IS ORDERED** that this action be and hereby is dismissed without prejudice for failure to effect timely service upon the defendant.

**IT IS FURTHER ORDERED** that judgment be entered accordingly.

**SO ORDERED** this  8th  day of March, 2007.

                                                s/ William C. Griesbach
                                                WILLIAM C. GRIESBACH
                                                United States District Judge